**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STACY LEE HERNANDEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>        Defendant. | CASE NO. CV 18-10619 AS<br><br><br><br>**JUDGMENT** |

   IT IS ADJUDGED that this action is DISMISSED with prejudice.

   DATED:  May 27, 2020

                                         /s/                
                                    ALKA SAGAR
                              UNITED STATES MAGISTRATE JUDGE